# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

KATEL A.,

                          Civil No. 19-250 (JRT/KMM)

          Petitioner,

v.

                        **ORDER ON REPORT**

KRISTJEN NIELSEN, et al,             **AND RECOMMENDATION**

          Respondents.

---

Katel A., address unknown, *pro se* petitioner.

Adam Hoskins, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated October 28, 2019.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Petition [ECF No. 1] is **DENIED AS MOOT** and this action is **DISMISSED**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 3, 2019         s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
                                 Chief Judge
                                 United States District Court